ANDRÉ BIROTTE, JR.
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BRYAN A. CASTLE, | Case No. 12-7675-DTB |
|     Plaintiff, | [~~PROPOSED~~] ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
|     v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
|     Defendant. | |

Based on the parties' Stipulation for Award of Attorney Fees pursuant to the Equal Access to Justice Act (EAJA) (Stipulation),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND and FIFTY DOLLARS ($4,050.00) and costs in the amount of SIXTY DOLLARS ($60.00) subject to the terms of the Stipulation.

DATED: November 19, 2013

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE